UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RAYMOND RAWLINS, PETITIONER | CIVIL ACTION NO. 5:20-CV-0107P |
| VERSUS | CHIEF JUDGE HICKS |
| JERRY GOODWIN, RESPONDENT | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections having been filed [Record Doc. 6], and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Petitioner's petitions for writ of habeas corpus are denied.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 16th day of September, 2020.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE